HILLIS, Respondent, *v.* SOUTHERN PAC. CO., Appellant.

*(Common Pleas of New York City and County, General Term.* January 8, 1891.)

*Bangs, Stetson, Tracy & MacVeagh,* for appellant.  *F. G. Gedney,* for respondent.

No opinion.  Judgment affirmed, with costs.

---

EDSTROM, Plaintiff, *v.* BLUMENTHAL *et al.,* Defendants.

*(Common Pleas of New York City and County, General Term.* January 8, 1891.)

*J. E. Swanstrom,* for plaintiff.  *Joseph Ullman,* for defendants.

No opinion.  Ordered that the exceptions be overruled, and defendants be allowed to enter judgment.

---

LYMAN *et al.,* Respondents, *v.* STEPHENSON, Appellant.

*(Common Pleas of New York City and County, General Term.* January 8, 1891.)

*J. Noble Hayes,* for appellant.  *Felix T. Murphy,* for respondents.

No opinion.  Judgment affirmed, with costs.  See 11 N. Y. Supp. 951, *mem.*

---

SILBERSTEIN, Respondent, *v.* DIETRICHS, Appellant.

*(Common Pleas of New York City and County, General Term.* January 9, 1891.)

Appeal from seventh district court; McKEAN, Judge.
*Rosenberg & Jacobson,* for appellant.  *E. G. Levy,* for respondent.
No opinion.  Judgment affirmed, with costs.

---

SPERO, Respondent, *v.* SINGER, Appellant.

*(Common Pleas of New York City and County, General Term.* January 9, 1891.)

Appeal from seventh district court; McKEAN, Judge.
*Stickney, Spencer & Arbway,* for appellant.  *J. Marks,* for respondent.
No opinion.  Judgment reversed, new trial ordered, costs to abide the event.

---

McPHELEMY, Respondent, *v.* GRANITE STATE PROVIDENT ASS'N, Appellant.

*(Common Pleas of New York City and County, General Term.* January 9, 1891.)

Appeal from seventh district court; McKEAN, Judge.
*Ph. Carpenter,* for appellant.  *M. J. Stein,* for respondent.
No opinion.  Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

RIGHTER, Respondent, *v.* MERRITT, Appellant.

*(Common Pleas of New York City and County, General Term.* January 9, 1891.)

Appeal from first district court; MITCHELL, Judge.
*G. H. Bruce,* for appellant.  *Smith & White,* for respondent.
No opinion.  Judgment affirmed, with costs.

---

YOUNG, Respondent, *v.* HERNSHEIM, Appellant.

*(Common Pleas of New York City and County, General Term.* January 9, 1891.)

Appeal from city court, general term.
*Rufus T. Grigg,* for appellant.  *W. Tazewell Fox,* for respondent.
No opinion.  Ordered that the judgment be affirmed, with costs.